# THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF

# WASHINGTON

| | |
|---|---|
| Margaret Bozgoz, Pro Se | No.: 3:17-cv-05832-RBL |
| *Plaintiffs,* | |
| Elda Yockman, Pro Se | AMENDED CLAIM |
| vs. | **RICO** |
| **ROY A. UMLAUF, JEFFREY T. KESTLE,** | **ADA Civil Rights Violation under: TITLE II,** |
| **& LESLEY FLEMING of** | **TITLE III & Title VII** |
| **Forsberg & Umlauf** | **42 U.S.C. Chapter 126** |
| | **42 USC § 1983** |
| **YOUSSEF ESSAKHI** and JANE DOE | **42 USC §1985** |
| ESSAKHI, husband and wife, | **Bad Faith** |
| | **HIPAA** |
| **LIFE TRANSPORTATION INC.,** | **Willful Negligence** |
| Washington Corporation, | **Willful Discrimination** |
| | **Willful Emotional Distress** |
| **ZURICH AMERICA INSURANCE** | |
| Rep: DARYLL JOHNSTON and ATTORNEY | |
| WILLIAM OBRIEN | |
| | |
| **STANELY RUMBAUGH** | |
| Pierce County Judge | **[CLERK'S ACTION REQUIRED]** |
| | |
| **CAROL FREDERICK** | |
| Pierce County Court Reporter | |
| | |
| **SHAUN LINSE** | |
| Pierce County Court Reporter | |
| | |
| **MERRI REAGAN** | |
| Pierce County Court Clerk | |
| | |
| **PETER ANGELO LAW FIRM** | |
| Plaintiff's Former Attorney | |
| | |
| **BRUCE WOLF** | |
| Plaintiff's Former Attorney | |
| *Defendants* | |

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

1

## I. Introduction

2    1.    I, Lieutenant Colonel (retired) Margaret Bozgoz, Service Disabled Veteran,

3  Wounded Warrior and ADA Advocate declare under penalty and perjury of the laws of

4  Washington that I am over the age of eighteen. I am a **Pro Se** Plaintiff in the above Federal: (1)

5  RICO, (2) Civil Rights Violation, (3) Neglect, (4) HIPAA and (5) Willful Discrimination Claim

6  against the above listed defendants.

7    2.    I, Elda Yockman declare under penalty and perjury of the laws of Washington

8  that I am over the age of eighteen. I am a **Pro Se** Plaintiff in the above Federal: (1) RICO, (2)

9  ADA Civil Rights Violation, (3) Neglect, (4) HIPAA and (5) Willful Discrimination Claim

10

11  against the above listed defendants. I fall under the ADA due to my disability which effects

12  daily activities.

13    *"Allegations such as those asserted by petitioner, however in artfully pleaded, are sufficient"... "which we hold to less stringent standards than formal pleadings drafted by*

14  *lawyers." as "Pleadings are intended to serve as a means of arriving at fair and just settlements of controversies between litigants. They should not raise barriers which prevent the achievement*

15  *of that end. Proper pleading is important, but its importance consists in its effectiveness as a means to accomplish the end of a just judgment." Maty v. Grasselli Chemical Co., 303 U.S. 197*

16  *(1938).*

17    *The practice of Law is an occupation of common right, the same being a secured liberty right. (Sims v. Aherns, 271 S.W. 720 (1925). Should any state convert a secured liberty right into*

18  *a privilege, charge a fee and issue a license for it, one may ignore the license and fee and engage in the exercise of the right with impunity. (Shuttlesworth vs. City of Birmingham 373 U.S.*

19  *262 (1962). One who relies on prior decisions of the Supreme Court has a perfect defense for willfulness. (U.S. v. Bishop, 412 U.S. 346 (1973), as "The claim and exercise of a Constitutional*

20  *right cannot be converted into a crime."(Miller v. U.S., 230 F.2d. 486, 489 (1956).*

21

22    3.    This Federal (**RICO, ADA Civil Rights TITLE II, TITLE III & Title VII and**

23  **42 U.S.C. Chapter 126, 42 USC § 1983, 1985, Bad Faith/HIPAA, Negligence and Willful**

24  **Discrimination Violation)** claim is against the following Zurich Associates [Defendants]:

25    (1)    Roy A. Umlauf, Seattle Washington

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

1        (2)    Jeffrey T. Kestle, Seattle Washington

2        (3)    Lesley Fleming of Tacoma/Seattle Washington

3        (4)    Forsberg & Umlauf, Seattle Washington

4        (5)    Youssef Essakhi and Jane, Pierce County

5        (6).    LIFE Transportation, Inc., Tacoma, Washington

6        (7)    Zurich America Insurance, William O'Brien, Seattle, Washington

7        (8)    Zurich America Insurance, Daryll Johnston, Schaumburg, IL

8

9        (9)    Peter Angelo, Law Firm, Baltimore, Maryland

10       (10)   Judge Stanley Rumbaugh, Pierce County

11       (11)   Court Reporter Carol Frederick, Pierce County

12       (12)   Court Reporter, Shaun Linse, Pierce County

13       (13)   Court Clerk, Merri Reagan, Pierce County

14       (14)   Attorney Bruce Wolf, Seattle Washington

15    4.    The ADA violations were done willfully against, Lieutenant Colonel (retired)

16 Margaret Bozgoz and Elda Yockman personally.

17    5.    The American Disability Act of 1990 states that the Federal Government plays a

18 role in enforcing the standards. More specifically, Sec 12101 (a) sections 1-8, Congress finds

19 that (1) physical or mental disabilities in no way diminish a person's right to participate in all

20 aspects of society fully, yet many people with disabilities have been precluded from doing so

21 because of discrimination, (2) individuals with disabilities continually encounter various forms

22

23 of discrimination, including outright exclusion, overprotective rules and policies, failure to make

24 modifications to existing practices, exclusionary qualifications standards and criteria,

25

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

1  segregation, and relegations to lesser services, programs, activities, benefits, jobs or other

2  opportunities.

3      6.    The willful violations started on or about 15 June 2015 after Elda Yockman gave

4  Lieutenant Colonel (retired) Margaret Bozgoz a full POA **(Exhibit 1, POA)** due to her disability

5  and **under ADA, ADAA, Title I, II, III, V, VII & 42 USC 1983 and 42 Chapter 126 – Equal**

6  **opportunity for individuals with disabilities**.

7      *Davis v. Wechler, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v.*

8  *Alabama, 375 U.S. 449. "The assertion of federal rights, when plainly and reasonably made, are*
*not to be defeated under the name of local practice. Elmore v. McCammon (1986) 640 F. Supp.*

9  *905. "... Federal Rules of Civil Procedures, Rule 17, 28 USCA "Next Friend." A next friend is a*
*person who represents someone who is unable to tend to his or her own interest.*

10

11      7.    The defendants listed on the face of the claim are all associated (directly or

12  indirectly) with one company, **Zurich America Insurance Company.** Zurich America

13  Insurance Company is an international Insurance company with Offices and or Attorneys in

14  Seattle, Washington and Schaumbug, IL and etc.

15

16      8    This claim was also filed in Seattle **(Exhibit 2**, Initial Claim, Federal Express

17  Copy to Seattle, Washington dated 14 Oct 2017)

18      9.    A reasonable accommodation request **(Exhibit 3**, Reasonable Accommodation

19  Request 1st page sent to Seattle and **Exhibit 5**, 01-17-2018,  Reasonable Accommodation request

20  sent to Tacoma- awaiting statue) was also submitted with the claim in an effort to keep it in

21  Seattle vs. Pierce County due to past unethical experiences with Attorneys Roy Umlauf, Lesley

22  Fleming, and the Pierce Superior County Court as their willful unethical behavior triggers the

23  plaintiff's disability **(Exhibit 5, 01/17/2018 request- awaiting status)**. The reasonable

24

25

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

1   accommodation associated with this claim was ignored on about 20 Oct 2017 and the claim was

2   sent to Pierce County in favor of Roy Umlauf, Jeffrey Kestle, Forsberg & Umlauf.

3      *Under Title II of the Americans with Disability Act of 1990 (ADA) (§ 42 U.S.C. 12101 et*

4   *seq.), Americans with Disability Act Amendments Act of 2008 (ADAAA), ARCW 49.60 et seq.,*
    *and Washington State Supreme Court General Rule 33 (GR 33), Washington State Courts are*

5   *required to provide accommodations to individuals with disabilities in an effort to provide them*
    *access to any activities that are afforded the general public. If a requested and Reasonable*

6   *Accommodation is denied, the Washington State court shall specify the reasons for the denial*
    *(including the reasons the proceeding cannot be continued without prejudice to a party). The*

7   *court shall also ensure the person requesting the accommodation is informed of his or her right*
    *to file an ADA complaint with the United States Department of Justice Civil Rights Division*

8   *(GR33).*

         **II. State Claim vs Federal Claim**

9

10    10.  For the record, this claim is NOT the same Wrongful Death and Civil Rights

11  (ADA) violation claim which was submitted on or about 26 Oct 2016 to Pierce County State

12  Court. This claim is a Federal RICO, Civil Rights, Negligence and Willful Discrimination

13  Violation Claim filed under **42 USC and 1983** and 1985 which affects Service Disabled

14  Veterans, American Disabled Citizens, ADA Citizens, Minorities, Native Hawaiians and

15  Women.

16     A. To state a claim **under 42 U.S.C. § 1983** (ADA) the Plaintiffs must allege

17    facts establishing that a state actor has deprived them of a right, privilege or immunity

18    secured by the United States Constitution or statute. Eldredge v. Town of Falmouth, 662

19    F.3d 100, 104 (1st Cir. 2011); Tobin v. Univ. of Maine Sys., 62 F. Supp. 2d 162, 165 (D.

20    Me. 1999); 42 U.S.C. § 1983.

21

22     B. DAMAGES FOR DEPRIVATION OF CIVIL RIGHTS. Dismissal under Rule

23    12(b)(6) is limited to those instances where it is certain that **no relief** could be granted

24    under any set of <u>facts that could be proved</u>.

25

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

1     *" Markowitz v. Northeast Land Co., 906 F.2d 100, 103 (3d Cir. 1990) (citing Ransom*
2 *v.Marrazzo, 848 F.2d 398, 401 (3d Cir. 1988)); see H.J. Inc. v. Northwestern Bell Tel. Co., 492*
*U.S. 229, 249-50 (1989). **The court will only dismiss the complaint if "'it is clear that no relief***
3 ***could be granted under any set of facts that could be proved consistent with the allegations.'"***
*H.J. Inc., 492 U.S. at 249-50 (quoting Hishon v. King & Spalding, 467 U.S. 69, 73 (1984).*

4

5                                       **III Parties**

6      15.    The Parties are:

7               A.    **Plaintiffs:**

8                 (1)    Lieutenant Colonel Margaret Bozgoz, Pro Se, Fort Meade, MD

9                 (2)    Elda Yockman, Pro Se, Steilacoom, WA. Both litigants are Pro-Se

10 Litigants.

11      *Davis v. Wechler, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v.*
12 *Alabama, 375 U.S. 449. "The assertion of federal rights, when plainly and reasonably made, are*
*not to be defeated under the name of local practice. Picking v. Pennsylvania Railway, 151 F.2d.*
13 *240, Third Circuit Court of Appeals. The plaintiff's civil rights pleading was 150 pages and*
*described by a federal judge as "inept." Nevertheless, it was held "Where a plaintiff pleads pro*
14 *se in a suit for protection of civil rights, the Court should endeavor to construe Plaintiff's*
*Pleadings without regard to technicalities." The practice of Law is an occupation of common*
15 *right, the same being a secured liberty right. (Sims v. Aherns, 271 S.W. 720 (1925)*

16

17    16.   B.    **Defendants:**

18            (1)    Roy A. Umlauf, Seattle Washington

19            (2)    Jeffrey T. Kestle, Seattle Washington

20            (3)    Lesley Fleming of Tacoma/Seattle Washington

21            (4)    Forsberg & Umlauf, Seattle Washington

22            (5)    Youssef Essakhi and Jane, Pierce County

23            (6).    LIFE Transportation, Inc., Tacoma, Washington

24            (7)    Zurich America Insurance, William O'Brien, Seattle, Washington

25

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

1
    (8)   Zurich America Insurance, Daryll Johnston, IL

2
    (9)   Peter Angelo, Law Firm, Baltimore, Maryland

3
    (10)  Judge Stanley Rumbaugh, Pierce County

4
    (11)  Court Reporter, Carol Frederick, Pierce County

5
    (12)  Court Reporter, Shaun Linse, Pierce County

6
    (13)  Court Clerk, Merri Reagan, Pierce County

7
    (14)  Attorney Bruce Wolf, Seattle Washington

8
17.    Pro Se Litigant Margaret Bozgoz resides at Fort Meade Maryland. Pro Se Litigant

9
Elda Yockman resides in Steilacoom, Washington.

10

11
18.    Although, ADA, ADAA, Title II, Title III, Title VII, 42 USC Section 126, 42

12
USC 1983 and past precedents authorizes Lieutenant Colonel Margaret Bozgoz to act as Elda

13
Yockman's Agent as policies, rules and regulations can be change in an effort to include vs

14
exclude persons with disabilities, Lieutenant Colonel Margaret Bozgoz and Elda Yockman have

15
changed/amended their title in this claim to Pro Se Litigants and state the following Claims

16
against the defendants:

17
(1) RICO

18
(2) Willful ADA, ADAA, Title II, III, VI Violations under 42 U.S.C. § 1983 &

19
1985

20
(3) USC 42 Chapter 126

21
(4) Bad Faith

22
(5) HIPAA

23
(6) Willful Negligence

24

25
(7) Willful Discrimination under 42 U.S.C. § 1983 & 1985

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

1    (8) Willful Emotional Distress

2    19.    To state a claim under 42 U.S.C. § 1983 (ADA) the Plaintiffs must allege facts

3    establishing that a state actor has deprived them of a right, privilege or immunity secured by the

4    United States Constitution or statute. Eldredge v. Town of Falmouth, 662 F.3d 100, 104 (1st Cir.

5    2011); Tobin v. Univ. of Maine Sys., 62 F. Supp. 2d 162, 165 (D. Me. 1999); 42 U.S.C. § 1983.

6    The following alleged facts under 42 USC & 1983 [and 42 USC 1985] **Follow**:

7    **A.**    Proof of (1) an Exparte Hearing, (2) Due Process Violations, (3) Willful

8    ADA Discrimination and obstruction to justice (**Exhibits:** 9, 9A & 9B, 23 Dec 2016,

9    0953-1000, Exparte Hearing and Fabricate Minutes**). (Exhibit 5,** Witness Elieen

10   Eddleman's Declaration of 23 Dec 2016, 0900 hearing) **and (Exhibit 9C,** Court Reporter

11   Carol Frederick's altered transcript 23 Dec 2016, 0900 hearing). Exhibit 9D, Court Order

12   of 23 Dec 0900 hearing, Dismissing a Wrongful Death/Civil Rights with merit case with

13   prejudice as the Plaintiff's phone was disconnected.

15   **B.**    Proof of: (1) Reasonable Accommodation violations by (a) state (**Exhibit**

16   6, State Reasonable Accommodation (1st page) ignored/denied 19 Dec 2016 and (b)

17   Federal Reasonable Accommodation (**Exhibit 3**), willful neglect, discrimination and

18   violation of ADA in favor of the defendant.

19   *Jonson v Zerbst, 304 U.S. 458, 58, S. Ct. 1019; Wuest v. Wuest", 127 P2d 934, 937, when*
20   *a party violates Due Process or Constitutional constraints, jurisdiction is lost and "Where a*
     *court failed to observe safeguard, it amounts to a denial of due process of law; the court is*
21   *deprived of jurisdiction", "Pure Oil Co. v. The city of Northlake", 10 all 25 (1936). World-Wide*
     *Volkswagen Corp. v. Woodson. 44 U.S. 286 (1980) "A judgment rendered in violation of due*
22   *process is void in the rendering State and is not entitled to full faith and credit elsewhere.*
     *Pennoyer v. Neff, 95 U.S. 714, 732-733(1878)."[World-Wide Volkswagen Corps.v. Woodson,*
23   *444 U.S. 286 (1980)].*

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C.      Proof of: (1) Zurich and Bruce Wolf (Plaintiff's former attorney) negotiating behind the Plaintiffs back in favor of Zurich in preparation for trial (**Exhibit 7,** Email sent from Zurich, Daryll Johnston to Bruce Wolf regarding trial). Bruce failed to inform Bozgoz about this meeting). Approximately 3 days after this discussion, Bruce Wolf Requested the following: (1) requested that Bozgoz signs another retainer, (2) Requested to meet with Elda Yockman, (3) Offered Elda Yockman $500,000 on behalf of Zurich to close out the claim. As a result of Bruce Wolf's Elda Yockman was emotionally shocked and denied the offer and reports Bruce to Bozgoz. Bruce quits (Exhibit **8,** Bruce Wolf quits after Elda informs Bozgoz of his unethical behavior). Approximately, one week after Bruce Wolf quits, he attempts to rehire himself in preparation for court (**Exhibit 8A**). Bruce Wolf then designs an example of a Wrongful Death claim for Bozgoz to submit to the court. The claim is in favor Zurich. Bruce Wolf purposely leave off Elda Yockman's name on the face of the Claim (**Exhibit 8B**). Bozgoz take the claim and adds the following: (1) Elda Yockman's name to the claim and adds (2) an ADA violation as the intent was to use the authority of the POA and ADA to submit the claim for (1) the Estate and (2) Elda Yockman (**Exhibit 8C**). As per Peter Angelo demand letter the Plaintiff had standing to file on behalf of: (1) the Estate and (2) Beneficiary (**Exhibit 8D**). Bruce Wolf was given a copy of this demand letter but failed to do what was in the best interest of his clients as he should have known.

D.      Proof that Court Reporters, Carol Frederick **(Exhibit 9C),** Court Report Shaun Lines **(Exhibit 10)** and Court Clerk Merri Reagan altered and fabricated court transcripts **(Exhibits: 9, 9A & 9B) (Exhibit 4,** Witness Statement). Transcripts and orders were altered and fabricated in favor of Zurich, Life Transportation and Youssef

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

Essakhi, and Forsberg & Umlauf which is not only obstruction of justice but willful violation of: (1) due process, (2) neglect and (3) discrimination.

E.   **HIPAA Law violation between Zurich and Peter Angelo** (Plaintiff's former Attorney) in favor of Zurich. Peter Angelo Law Firm's top attorney, Jay Miller negotiates with Zurich by writing a demand letter (**8D**).The demand letter was accidently sent to the Plaintiff on or about 1 Jun 2017. The demand letter requested that Zurich pay Peter Angelo's Law firm $885,000 in exchange to **"not"** going to court (**8D**). Peter Angelo's Attorney then offers a $100,000 Settlement to the Plaintiff which the plaintiff rejects as this negotiation was done in Zurich's favor.  The evidence demonstrates (1) willful misconduct, (2) willful discrimination, (3) willful HIPAA law violation between Peter Angelo and Zurich (**Exhibit 11**) and Bad Faith (**Exhibit 11A**). It also demonstrates how the Plaintiff's Former Attorney (Peter Angelo) willfully gave medical records to Zurich without a retainer and or a release (**Exhibit 11C**) and against the Federal HIPAA law.

F.   Attorney **Lesley Fleming of Forsberg and Umlauf admits** that she works for Zurich on video and at the plaintiff's last minute cancellation reconsideration hearing (**Exhibit: https://www.youtube.com/watch?v=OhLEJEtEzx4**). During the [cancelled] reconsideration hearing, Attorney Lesley Fleming walks in front of the courtroom [in front of several witnesses] and informs the Court Clerk, Merri Reagan, Court Reporter Shaun Linse and Judge Stanley Rumbaugh to watch out about the Plaintiff because they (Journalist and Reporter, Chris King) and/or Army Public Affairs might attempt to video tape the hearing. Lesley Fleming's actions shows a bias connections between Forsberg & Umlauf, Zurich, a Pierce County Court and the other defendants.

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

1    **G.**   **RICO/Bad Faith:** The above mentioned actions are strategically orchestrated and

2    boldly performed by Zurich and its associates directly and or indirectly. Zurich retaliated when

3    the plaintiffs decided to go to court due to Zurich's Bad Faith actions with her Attorneys

4    **(Exhibit**s:11 & 11A). Information/data provided to Zurich [and or the court] were either (1)

5    ignored (2) tampered with, (3) altered and/or (4) fabricated [in favor of Zurich] thereby

6    obstructing justice throughout the claim process from 2015 to date.

7    *Anasta soff v. the United States, 223 F.3d 898 (8th Cir. 2000).Litigants' constitutional

8    rights are violated when courts depart from precedent where parties are similarly situated. All
     litigants have a constitutional right to have their claims adjudicated according to the rule of

9    precedent.*

10    20.    From 2015 to date, the above named Defendants have been abusing their power,

11    acted unethically and have been willfully violating ADA Civil Rights.

12    21.    **Officers of the Court Personnel** (listed below) are responsible for enforcing

13    Justice. The following Officer of the Courts performed willful unethical acts in violation of

14    ADA, ADAA, Discrimination against the Plaintiffs and in favor of Zurich America Insurance

15

16    (1)    Attorney Roy A. Umlauf, Seattle Washington

17    (2)    Attorney Jeffrey T. Kestle, Seattle Washington

18    (3)    Attorney Lesley Fleming of Tacoma/Seattle Washington

19    (4)    Law Firm Forsberg & Umlauf, Seattle Washington

20    (5)    Zurich America Insurance, Attorney William O'Brien, Seattle,

21           Washington

22    (6)    Law Firm, Peter Angelo, Attorney Jay Miller, Baltimore, Maryland

23    (7)    Judge Stanley Rumbaugh, Pierce County

24    (8)    Court Reporter, Carol Frederick, Pierce County

25

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

  (9)  Court Reporter, Shaun Linse, Pierce County

  (10)  Court Clerk, Merri Reagan, Pierce County

  (11)  Attorney Bruce Wolf, Plaintiff's, Seattle Washington

22. All Defendants listed above (11 each) have four things in common: (1) They are all Officers of the Court (2) they are Associated (indirectly and or directly) with Zurich America Insurance and (3) they all conducted business with Zurich **against** the Plaintiffs, Pro Se Litigant, Lieutenant Colonel Margaret Bozgoz and Pro Se Litigant, Elda Yockman while willfully (4) violating/disregarding the Plaintiff's civil rights.

### IV. Amended General Allegations and Cause of Actions

23. COMES NOW the Plaintiffs, **Pro Se Litigant**, Lieutenant Colonel Bozgoz and **Pro Se Litigant,** Elda Yockman, amends their initial RICO claim under ADA Title II, Title III, VII, *42 U.S.C. § 1983, 42 USC § 1985* and 42 USC Chapter 126 - EQUAL OPPORTUNITY FOR INDIVIDUALS WITH DISABILITIES and, **for CAUSE OF ACTION against**

**Defendants:**

  (1)  Attorney Roy A. Umlauf, Seattle Washington

  (2)  Attorney Jeffrey T. Kestle, Seattle Washington

  (3)  Attorney Lesley Fleming of Tacoma/Seattle Washington

  (4)  Law Firm,  Forsberg & Umlauf, Seattle Washington

  (5)  Youssef Essakhi and Jane, Pierce County

  (6).  LIFE Transportation, Inc., Tacoma, Washington

  (7)  Zurich America Insurance, William O'Brien, Seattle, Washington

  (8)  Zurich America Insurance, Daryll Johnston, Schaumburg, IL

  (9)  Law Firm Peter Angelo, Jay Miller, Baltimore, Maryland

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

(10)   Honorable Judge Stanley Rumbaugh, Pierce County

(11)   Court Reporter, Carol Frederick, Pierce County

(12)   Court Reporter, Shaun Linse, Pierce County

(13)   Court Clerk, Merri Reagan, Pierce County

(14)   Attorney Bruce Wolf, Seattle Washington

24.   **ALLEGES AND STATES AS FOLLOWS.**

(1) Count 1: RICO (ALL Defendants)

(2) Count 2: Violation of TITLE II (ALL Defendants)

(3) Count 3: Violation of TITLE III (ALL Defendants)

(4) Count 4: Violation of TITLE VII under 42 USC 1983/1985 (ALL Defendants)

(5) Count 5: HIPAA Violation (Zurich and Peter Angelo)

(6) Count 6: Emotional Stress under 42 USC 1983/1985 (ALL Defendants)

(7) Count 7: Violation of *42 U.S.C.* Chapters 126, EQUAL OPPORTUNITY FOR

INDIVIDUALS WITH DISABILITIES (ALL Defendants)

(8) Count 8: Willful **Negligence** and **Discrimination** under 42 USC 1983/1985

(ALL Defendants)

25.   The Plaintiffs: (1) Lieutenant Colonel Margaret Bozgoz, Pro Se and (2) Elda

Yockman, Pro Se and Defendants:

(1)   Attorney Roy A. Umlauf, Seattle Washington

(2)   Attorney Jeffrey T. Kestle, Seattle Washington

(3)   Attorney Lesley Fleming of Tacoma/Seattle Washington

(4)   Law firm, Forsberg & Umlauf, Seattle Washington

(5)   Youssef Essakhi and Jane, Pierce County

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

(6).   LIFE Transportation, Inc., Tacoma, Washington

(7)   Zurich America Insurance, William O'Brien, Seattle, Washington

(8)   Zurich America Insurance, Daryll Johnston, Schaumburg, IL

(9)   Law Firm Peter Angelo, Jay Miller, Baltimore, Maryland

(10)   Honorable Judge Stanley Rumbaugh, Pierce County

(11)   Court Reporter Carol Frederick, Pierce County

(12)   Court Reporter Shaun Linse, Pierce County

(13)   Court Clerk, Merri Reagan, Pierce County

(14)   Attorney Bruce Wolf, Plaintiff's, Seattle Washington

are at all times material hereto associated with (Directly or Indirectly) and worked for: (1) **Zurich America Insurance**, (2) **Life Transportation**, (3) **Peter Angelo Law firm** , (4) Pierce **County State/Superior Court**, (5) **Attorney Bruce Wolf**, and/or (6) **Law Firm Forsberg & Umlauf.**

26.   All acts performed by Defendants on the face of the claim were performed on behalf and for (1) **Zurich America Insurance**, (2) **Life Transportation**, (3) **Peter Angelo Law Firm**, (4) **Pierce County State/Superior Court**, (5) **Attorney Bruce Wolf**, and/or (6) **Forsberg & Umlauf Law Firm** and are therefore **vicariously** liable for the acts of the Defendants:

(1)   Attorney Roy A. Umlauf, Seattle Washington

(2)   Attorney Jeffrey T. Kestle, Seattle Washington

(3)   Attorney Lesley Fleming of Tacoma/Seattle Washington

(4)   Law Firm Forsberg & Umlauf, Seattle Washington

(5)   Youssef Essakhi and Jane, Pierce County

(6).   LIFE Transportation, Inc., Tacoma, Washington

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

(7)     Zurich America Insurance, William O'Brien, Seattle, Washington

(8)     Zurich America Insurance, Daryll Johnston, Schaumburg, IL

(9)     Law Firm Peter Angelo, Jay Miller, Baltimore, Maryland

(10)    Honorable Judge Stanley Rumbaugh, Pierce County

(11)    Court Reporter Carol Frederick, Pierce County

(12)    Court Reporter Shaun Linse, Pierce County

(13)    Court Clerk, Merri Reagan, Pierce County

(14)    Attorney Bruce Wolf, Plaintiff's, Seattle Washington

27.     The following Defendants listed below either owned property and/or worked in Maryland, Washington State and/or Schaumburg, IL at all times material hereto, was authorized to conduct business in Maryland, Washington State and/or Schaumburg, IL

(1)     Attorney Roy A. Umlauf, Seattle Washington

(2)     Attorney Jeffrey T. Kestle, Seattle Washington

(3)     Attorney Lesley Fleming of Tacoma/Seattle Washington

(4)     Youssef Essakhi and Jane, Pierce County

(5).    Zurich America Insurance, William O'Brien, Seattle, Washington

(6)     Zurich America Insurance, Daryll Johnston, Schaumburg, IL

(7)     Attorney Jay Miller of Peter Angelo, Law Firm, Baltimore, Maryland

(8)     Honorable Judge Stanley Rumbaugh, Pierce County

(9)     Court Reporter Carol Frederick, Pierce County

(10)    Court Reporter Shaun Linse, Pierce County

(11)    Court Clerk, Merri Reagan, Pierce County

(12)    Attorney Bruce Wolf, Plaintiff's, Seattle Washington

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

28.     The incidents giving rise to these causes of actions occurred in Maryland, Washington State and/or Schaumburg, IL

29.     ADA, ADAA, Title I, Title II, Title III, Title V and Title VII, 42 USC 1983, 42 USC 1985 and 42 USC Chapter 126 applies as both, Pro Se Litigants (1) Lieutenant Colonel Margaret Bozgoz and (2) Pro Se Litigant Elda Yockman fall under and/or are protected by the ADA as a Service Disabled Veterans and/or Disabled Citizen.

30.     Congress found that people with a disability, as a group, occupy an inferior status in our society, and severely disadvantaged socially and economically. The Nation's goals regarding individuals with disabilities are to assure equality of opportunity, full participation, independent living and economic self-sufficiency for such persons and the continuing existence of unfair and unnecessary discrimination and prejudice denies people with disabilities the opportunity to compete on an equal basis and to pursue those opportunities and justice for which our free society is justifiably famous.

31.     Section 12182, Section D, states clearly that an individual or entity shall not, directly or through contractual or other arrangements, utilize standards or criteria or methods of **Administration** (i) that have the effect of discriminating on the basis of disability; or (ii) that perpetuate the discrimination of others who are subject to common administrative control.

32.     The ADA and Title 42 Authority also calls upon the Attorney General to act upon any person or group of individuals who have been discriminated against under Title 42 as this raises an issue of general PUBLIC importance.

*As per Title 42, Chapter 126: The Supreme Court has warned, "Because of what appear to be Lawful commands on the surface, many citizens, because of their respect for what seems to be law, are **cunningly coerced** into waiving their rights, due to ignorance [and deceptive practices in inferior administrative State courts]." (United States v. Minker, 350 U.S. 179, 187, 76 S.Ct. 281, 100 L.Ed. 185 (1956), the general misconception among the public being that any*

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

1 *exercise of state regulatory or police power bearing the appearance of law is in fact in
agreement with the law of the land, and is, therefore, legitimate in its operation as imposed. A*
2 *statute is not a "Law." (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So.2d 244,
248), a concurrent or joint resolution of legislature is not "a law," (Koenig v. Flynn, 258 N.Y.*
3 *292, 179 N.E. 705, 707; Ward v. State, 176 Okl. 368, 56 P.2d 136, 137; State ex rel. Todd v.
Yelle, 7 Wash.2d 443, 110 P.2d 162, 165), nor is 'Code' "Law" (In Re Self v Rhay, 61 Wn (2d)*
4 *261) these being defined by Black's Law Dictionary 5th as rebuttable prima facie, or superficial
evidence of law, a facade, represented by 'public policy,' being color-able, or 'color of law,'*
5 *further being counterfeited, feigned, or Defacto, as further defined thereby. Judges do not
enforce statutes and codes. Executive Administrators, in their private person with no Immunity*
6 *for their non judicial functions enforce ordinances and codes. (FRC vs. GE 281 U.S. 464; Keller
vs. PE 261 U.S. 428, 1 Stat. 138-178)*
7

8

9 33.    The Defendants willfully ignored ADA rights and employed unconstitutional

10 tactics to emotionally disturb, disrupt, infringe upon the plaintiff's constitutional due process

11 rights to a fair trial in favor of Zurich.

12 34.    The Plaintiffs are entitled to damages for RICO, ADA, ADAA, Title II, Title

13 III, Title V, Title VII, 42 USC 1983, 1985, 42 Chapter 126, HIPAA, Bad Faith, Willful

14 Negligence, Willful Discrimination and Willful Emotional Distress Violations. In addition,

15 Plaintiffs request damages pursuant to 42 U.S.C. sections 1983 and 1985 and for violations of

16 plaintiff's rights under the 1st, 7th, 8th and 14th Amendments to the United States

17 Constitution. Evidence of Defendants' misconduct has been collected by notable and historic

18 civil rights and advocacy organizations, in addition placed on videos. Declarations of

19 witnesses who were present in the court room (23 Dec 2016 and 24 Feb 2017) and video and

20 audio recordings of the Defendants' actions have been collected from 2015 to date. Further,

21 upon information and belief, Defendants (court Reporters) have custody and control of audio

22 recordings which also contain further evidence of Defendants' conduct required to "accept as

23 true all the factual allegations in the complaint and construe all reasonable inferences for the

24

25 plaintiff.

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

1    35.    The amount will be proven at the time of trial together with interest thereon at the

2    statutory rate from the date that the expenses were incurred.

3                                            **V**
                                         **PRAYER**
4

5    36.    WHEREFORE, Plaintiff prays for judgement against the defendants in an amount

6    of damages determined to be fair and reasonable as shall be proven at the time of trail and

7    allowed by regulations plus pre-judgment interest at the highest rate allowed by law, plus taxable

8    costs, and disbursements, plus interest on the judgment at the highest rate allowed by law from

9    the date the judgment is rendered until paid, and for such other and further relief that the Court

10   deems as just, equitable, proper in these circumstances.

11

12   DATED this 22 day of January 2018

13

14   Margaret Sue Bozgoz                          Elda Yockman
         Pro Se                                       Pro Se
15

16

17

18

19

20

21

22

23

24

25

Bozgoz, Margaret:
Burr Court Unit A - Fort Meade, MD 20755
410-858-0107 or 540-816-0950 (ADA Advocate)

THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF

WASHINGTON

| | |
|---|---|
| **Margaret Bozgoz, Pro Se** | No.: 3:17-cv-05832-RBL |
| *Plaintiffs,* | |
| **Elda Yockman, Pro Se** | **PROOF OF SERVICE** |
| vs. | |
| **ROY A. UMLAUF, JEFFREY T. KESTLE, & LESLEY FLEMING of Forsberg & Umlauf** | AMENDED CLAIM |
| **YOUSSEF ESSAKHI** and JANE DOE ESSAKHI, husband and wife, | **RICO** **ADA Civil Rights Violation under: TITLE II, TITLE III & Title VII** |
| **LIFE TRANSPORTATION INC.,** Washington Corporation, | **42 U.S.C. Chapter 126** **42 USC § 1983** **42 USC §1985** |
| **ZURICH AMERICA INSURANCE** Rep: DARYLL JOHNSTON and ATTORNEY WILLIAM OBRIEN | **Bad Faith** **HIPAA** **Willful Negligence** **Willful Discrimination** **Willful Emotional Distress** |
| **STANELY RUMBAUGH** Pierce County Judge | |
| **CAROL FREDERICK** Pierce County Court Reporter | |
| **SHAUN LINSE** Pierce County Court Reporter | |
| **MERRI REAGAN** Pierce County Court Clerk | |
| **PETER ANGELO LAW FIRM** Plaintiff's Former Attorney | |
| **BRUCE WOLF** Plaintiff's Former Attorney *Defendants* | |

CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the Georgia, over the age of eighteen years, not a party to or interested in the above-entitled actions, and competent to be a witness herein.

On the date given below I caused to be served the foregoing Amended Claim on the following individuals in the manner indicated:

**FOREBERGE & UMLAUF, P.S.**
**LESLEY FLEMING**
**ROY A. UMLAUF**
**Jeffrey T Kesler**
901 5ᵗʰ Ave #1400,
Seattle, WA 98164

( X ) Via US Mail –To the Defendants
( ) Via Facsimile
( ) Via Hand Delivery – Will hand deliver as well
( X ) Via ECF/EMAIL

SIGNED this 22 January 2018

Edwina Smith