HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARGARET BOZGOZ, et al.,

                Plaintiffs,

    v.

YOUSSEF ESSAKHI, et al.,

                Defendants.

CASE NO. C17-5832RBL

ORDER

THIS MATTER is before the Court on plaintiffs' recent wave of related motions[1]: Motion to Recuse [Dkt. #34]; Motion to Vacate [Dkt. #35]; Motion to Amend Judgment [Dkt. #36]; and Motion to Have the Marshall Serve Summonses on all Defendants [Dkt. #37]. Each was filed after the operative complaint in this case [Dkt. #1] was dismissed, *without* prejudice**.** [Dkt. #29].

Pro se plaintiff Margaret Bozgoz attempted to file a complaint (much like she had in superior court) on behalf of a deceased individual's estate, and on behalf of another living individual, even though Bozgoz is not admitted to practice in this jurisdiction:

---

[1] Most of the Motions are mis-named on CM/ECF. This Order will use the Motions' actual titles.

1. Margaret Bozgoz, Pro-Se litigant and Attorney in Fact for Elda Yockman and Elda Yockman, bring this action in an effort to protect their constitutional rights

2. Plaintiff Margaret Bozgoz is the duly appointed Personal Representative of: (a) the Estate of Evalani A. Yockman and (b) Attorney in Fact for the Sole Beneficiary, Elda Yockman, having been appointed Personal Representative of the Estate by Order of the Pierce County Superior Court (**Exhibit, 1, POA**).

[Dkt. #1 at 1]. Bozgoz was Ordered to Show Cause why the case should not be dismissed (and was specifically invited to have an attorney appear on behalf of the clients). And though she filed a host of motions and other documents, she did not address (and has not yet addressed) this fatal flaw. There is no "reasonable accommodation" that permits a non-lawyer to represent others in Federal Court—and as Bozgoz well knows, this rule applies in state court, and it applies in the Seattle Division of this Court. Among the many reasons this rule exists is one apparent here: the "client" has no recourse against her non-attorney representative if she commits legal malpractice.

The new Motions and the various accusations[2] within them do not address and do nothing to alter the fact that Bozgoz cannot represent others in this Court. For that reason, and because this case has already been properly dismissed, each Motion is DENIED.

IT IS SO ORDERED this 6th day of March, 2018.

Ronald B. Leighton
United States District Judge

---

[2] One of the seventeen named defendants worked in this Court some 13 years ago. That is hardly the basis for a claim of prejudice warranting any sort of relief. It most certainly was not the basis for the Court's unremarkable requirement that Bozgoz be admitted to practice as a prerequisite for representing others in this Court.

ORDER - 2